ACCEPTED
03-17-00863-CV
21544216
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 9:48 AM
JEFFREY D. KYLE
CLERK

No. 03-17-00863-CV

# In the
# Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 9:48:51 AM
JEFFREY D. KYLE
Clerk

SBI INVESTMENTS LLC, 2014-1,
AND L2 CAPITAL, LLC,

*Appellants*,

v.

QUANTUM MATERIALS CORP.,

*Appellee.*

On Appeal from the 428rd District Court,
Hays County, Texas (No. 17-2033)
The Hon. Gary Steel, Presiding

## APPELLANTS' UNOPPOSED MOTION TO
## CONSOLIDATE CASES

Timothy A. Cleveland
  State Bar No. 24055318
Carlos R. Soltero
  State Bar No. 00791702
Kevin J. Terrazas
  State Bar No. 24060708
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Rd, # 306B
Austin, Texas 78746
512-689-8698

**ATTORNEYS FOR APPELLANTS**

Appellants SBI Investments, LLC, 2014-1 and L2 Capital LLC respectfully move the Court to consolidate this Case with Related Case 03-17-00749-CV for all purposes. This motion is not opposed by Appellee Quantum Materials Corp.

The two cases involve the Order Granting Temporary Injunction, dated October 26, 2017, C.R.19, and the Corrected Order Granting Temporary Injunction, dated November 27, 2017. C.R.38-39. The District Court entered the Order Granting Temporary Injunction, but inadvertently included a trial date for April 2017, rather than April 2018. C.R.19. Appellee filed a Motion to Correct Clerical Error, which was unopposed by Appellants, to correct the trial date in the order to April 2018. C.R.35-37. The Corrected Order Granting Temporary Injunction was entered on November 26, 2017, with the April 2018 trial date.[1] The Corrected Order Granting Temporary Injunction has no other differences from the Order Granting Temporary Injunction. It is substantively the same order.

Appellants filed their opening brief on the merits appealing the Order Granting Temporary Injunction on December 11, 2017, after filing their notice of appeal in November 2017. Appellants filed a notice of appeal for the Corrected Order Granting Temporary Injunction on

---

[1] In response to the Notice of Appeal in Related Case 03-17-00863-CV, the clerk from the District Court is submitting a supplemental record with the executed order correcting the trial date.

December 14, 2017.

Appellants now seek to consolidate Case No. 03-17-00749-CV with Related Case 03-17-00863-CV, since the issues of both cases are identical and they involve the same order that needed a clerical correction. *See, e.g., Clawson v. Wharton County*, 941 S.W.2d 267, 269 (Tex. App.—Corpus Christi 1996, writ denied) (where both cases addressed the same legal issue and both appellants asserted same points of error, appeals were consolidated); *Bailey v. Brodhead*, 838 S.W.2d 922, 923 (Tex. App.—Austin 1992, no writ) (where two unrelated cases presented the same issue, appeals were consolidated).

Therefore, Appellants respectfully request that the Court consolidate the two appeals, which would not require a new briefing schedule.

Respectfully submitted,

By: /s/ Timothy A. Cleveland

Timothy A. Cleveland
State Bar No. 24055318
Carlos Soltero
State Bar No. 00791702
Kevin J. Terrazas
State Bar No. 24060708
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Rd, # 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
csoltero@clevelandterrazas.com
kterrazas@clevelandterrazas.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that on December 14, 2017, I conferred with counsel for Appellee, Seth Kretzer, who stated that Appellee is unopposed to this motion.

/s/ Timothy A. Cleveland
Timothy A. Cleveland

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2018, a true and correct copy of the foregoing was filed electronically and notice of this filing will be sent to all parties by operation of the Court's electronic filing system as follows:

Michael Minns
Ashley Arnett
MINNS & ARNETT
919 Gessner, Suite 1
Houston, Texas 77074
713.777.0772
713.777.0453 fax

Seth Kretzer
440 Louisiana, Suite 1440
Houston, Texas 77002
713.775.3050
713.929.2019 fax

**ATTORNEYS FOR APPELLEE**

/s/ Kevin J. Terrazas
Kevin J. Terrazas